**FILED**
SEP 17 2025
AT 8:30 11:30 A.M
CLERK, U.S. DISTRICT COURT - DNJ

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Edward S. Kiel |
| v. | : | Crim. No. 25-562 (ESK) |
| JAMAAL SHOCKLEY | : | 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and (b)(1)(B) |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Camden, charges as follows:

### COUNT ONE
(Distribution of Methamphetamine)

On or about November 17, 2022, in Salem County, in the District of New Jersey, and elsewhere, the defendant,

JAMAAL SHOCKLEY,

did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT TWO
## (Distribution of Methamphetamine)

On or about December 1, 2022, in Salem County, in the District of New Jersey, and elsewhere, the defendant,

## JAMAAL SHOCKLEY,

did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT THREE
(Possession with Intent to Distribute Methamphetamine)

On or about December 29, 2022, in Salem County, in the District of New Jersey, and elsewhere, the defendant,

### JAMAAL SHOCKLEY,

did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

Foreperson A.G. 9-17-25

[signature] 9-17-25

## COUNT FOUR
(~~Distribution of Methamphetamine~~)
Possession with Intent to Distribute Methamphetamine

On or about January 19, 2023, in Salem County, in the District of New Jersey, and elsewhere, the defendant,

**JAMAAL SHOCKLEY,**

did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## FORFEITURE ALLEGATION

Upon conviction of the offenses in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), set forth in Counts One through Three of this Indictment, and the offense in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B0 set forth in Count Four of this Indictment, the defendant, JAMAAL SHOCKLEY, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offenses charged in Counts One through Four of this Indictment, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of such offense.

## SUBSTITUTE ASSETS PROVISION
**(Applicable to All Forfeiture Allegations)**

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

A TRUE BILL

_____
FOREPERSON

TODD BLANCHE
U.S. Deputy Attorney General

*Alina Habba*
_____
ALINA HABBA
Acting United States Attorney
and Special Attorney

*Patrick C. Askin*
_____
PATRICK C. ASKIN
Assistant U.S. Attorney

CASE NUMBER: _____

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

JAMAAL SHOCKLEY

# INDICTMENT FOR

21 U.S.C. §§ 841(a)(1), (b)(1)(A), and (b)(1)(B)

_____
A True Bill,

_____
Foreperson

_____
TODD BLANCHE
U.S. DEPUTY ATTORNEY GENERAL

_____
ALINA HABBA
ACTING UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY AND SPECIAL ATTORNEY

_____
PATRICK C. ASKIN
ASSISTANT U.S. ATTORNEY
CAMDEN, NEW JERSEY